**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 08-7595**

—————

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

   v.

OSMOND O'NEIL CHRISTIE,

           Defendant - Appellant.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (2:97-cr-00002-RBS-1)

—————

Submitted:  October 22, 2008    Decided:  February 11, 2009

—————

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Osmond O'Neil Christie, Appellant Pro Se.  William David Muhr, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Osmond O'Neil Christie appeals a district court order denying his motion under 18 U.S.C. § 3582(c) (2006) seeking a reduction to his sentence as a result of Amendments 706 and 711 to the Sentencing Guidelines. We find the district court did not abuse its discretion in denying relief. See United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (stating standard). The district court correctly found Christie was not eligible for relief under the Amendments because it did not result in a reduced base offense level.[*] Christie's claims that he was entitled to a full resentencing proceeding, application of the rule from United States v. Booker, 543 U.S. 220 (2005), and a sentence below the Guidelines are foreclosed by this court's opinion in United States v. Dunphy, __ F.3d __, 2009 WL 19139, *8 (4th Cir. 2009) (In a proceeding under § 3582(c), "a district judge is not authorized to reduce a defendant's sentence below the amended guideline range."). Christie's claim that his relevant conduct did not include crack cocaine should have been raised on appeal and is not now reviewable by this court.

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal

---

[*] We also note Christie is not eligible for a sentence reduction under Amendment 715.

2

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED